325

Opinion by Ford, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiffs was sustained.

No. 65114.—J. E. Bernard & Company, Inc. *v.* United States, protests 321049–K/9198 and 58/25454–10424 (Chicago).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C.C.P.A. 136, C.A.D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 30, 1961

No. 65115.—Howard Berg and Frank P. Dow Co., Inc. *v.* United States, protest 58/25667 (Los Angeles).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained

No. 65116.—Ucagco, Inc., et al. *v.* United States, protests 59/23301, etc. (San Francisco)

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.